IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN BENITO LOPEZ,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>SHERIFF'S DEPARTMENT OF KERN COUNTY,<br><br>　　　　　Defendant. | No. C 15-05300 HRL (PR)<br><br>ORDER OF TRANSFER |

Plaintiff, a state prisoner proceeding pro se, filed a complaint pursuant to 42 U.S.C. § 1983 against officials at the Kern County Sheriff's Department. Because the acts complained of occurred in Kern County, which lies within the venue of the Eastern District of California, venue properly lies in that district and not in this one. See 28 U.S.C. § 1391(b). Accordingly, this case is **TRANSFERRED** to the United States District Court for the Eastern District of California. See 28 U.S. C. § 1406(a).

The Clerk shall terminate all pending motions and transfer the entire file to the Eastern District of California.

DATED: 1/14/16

HOWARD R. LLOYD
United States Magistrate Judge

Order of Transfer
P:\PRO-SE\HRL\CR.15\05300Lopez_transfer(ED).wpd

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN BENITO LOPEZ,<br><br>    Plaintiff,<br><br>v.<br><br>SHERIFFS DEPARTMENT OF KERN COUNTY,<br><br>    Defendant. | Case No. 15-cv-05300-HRL<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 19, 2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Ruben Benito Lopez ID: AT6063
High Desert State Prison
P.O. Box 3030
Susanville, CA 96127

Dated: January 19, 2016

Susan Y. Soong
Clerk, United States District Court

By:_____
Patty Cromwell, Deputy Clerk to the
Honorable HOWARD R. LLOYD